IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DAVID WARNER,

        Plaintiff,

v.                                                                                                  No. 2:22-cv-00544-KRS

KATIE G. LUND,
LISA ABEYTA, and
ANDRE BILLINGSLEY,

        Defendants.

### ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT AND GRANTING PERMISSION TO FILE ELECTRONICALLY

The Court ordered Plaintiff, who is proceeding *pro se*, to file an amended complaint by January 27, 2023. *See* Doc. 6, filed January 6, 2023. Plaintiff seeks an extension of time, to February 28, 2023, to file an amended complaint "[d]ue to the complexity of this action." Motion for Extension of Time at 1, Doc. 8, filed January 25, 2023. The Court grants Plaintiff an extension of time, to February 28, 2023, to file an amended complaint.

Plaintiff also requests permission to file electronically. *See* Motion for Extension of Time at 1-2. The Court grants Plaintiff permission to file electronically in this case only. *See* Guide for Pro Se Litigants at 13, District of New Mexico (October 2022) ("approval to electronically file documents within a case must be granted by the presiding judge for each case in which the *pro se* litigant wishes to file using their CM/ECF account"). The Court will revoke permission to file electronically if Plaintiff abuses his electronic filing privilege or fails to comply with the rules and procedures in the District of New Mexico's Guide for Pro Se Litigants and the District of New Mexico's CM/ECF Administrative Procedures Manual. Account registration forms, procedure manuals, and other information can be obtained at the Court's website at

http://www.nmd.uscourts.gov/filing-information.  This Order only grants Plaintiff permission to participate in CM/ECF; Plaintiff is responsible for registering to become a participant.  *See* CM/ECF Administrative Procedures Manual, District of New Mexico (Revised January 2021).

**IT IS ORDERED** that Plaintiff's Motion for Extension of Time, Doc. 8, filed January 25, 2023, is **GRANTED**.  Failure to file an amended complaint by February 28, 2023, may result in dismissal of this case.

_____
**UNITED STATES MAGISTRATE JUDGE**