**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

DAVID WARNER,

       Plaintiff,

v.                                            No. 2:22-cv-00544-WJ-DLM

KATIE G. LUND,
LISA ABEYTA,
ANDRE BILLINGSLEY,
NEW MEXICO STATE POLICE, and
NEW MEXICO TAXATION AND REVENUE DEPARTMENT,

       Defendants.

**RULE 58 JUDGMENT**

**THIS MATTER** comes before the Court on the Court's Memorandum Opinion and Order

of Dismissal, which dismissed all of Plaintiff's claims.

**IT IS ORDERED** that this case is **DISMISSED without prejudice.**

_____
**WILLIAM P. JOHNSON**
**CHIEF UNITED STATES DISTRICT JUDGE**